ACCEPTED
03-15-00227-CR
5527748
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/3/2015 1:15:22 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00227-CR

| | | |
|---|---|---|
| PEDRO P. MORALES, | ) | COURT OF APPEALS, THIRD |
| Appellant | ) | |
| | ) | |
| VS. | ) | SUPREME JUDICIAL DISTRICT |
| | ) | |
| STATE OF TEXAS, | ) | |
| Appellee | ) | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/3/2015 1:15:22 PM
JEFFREY D. KYLE
Clerk

## APPELLANT'S FIRST MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Appellant, by and through his attorney of record, and respectfully files this his First Motion for Extension of Time to File Brief and requests this extension of time to file his appellate brief in this cause herein, and for cause would show the Court the following:

### I.

The Appellant, PEDRO P. MORALES, was found guilty by a jury in Cause number C-14-1091-SA, in the 340th District Court of Tom Green County, Texas, and the jury imposed a sentence on March 24, 2015 of five (5) years confinement in the Texas Department of Criminal Justice – Institutional Division.

### II.

The Statement of Facts has been filed with the Court.

III.

The deadline for filing the Appellant's brief is June 26, 2015. The undersigned attorney would show the Court that he has insufficient time within which to file the brief by the deadline of June 26, 2015 because of his current caseload and trial schedule for the month of June 2015.

IV.

The undersigned counsel would respectfully request that the Court grant an extension of forty-five (45) days' time to file the appellate brief.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays the Court grant this motion for extension of time to file the appellate brief.

Respectfully submitted,

KIRK HAWKINS
P.O. BOX 3645
SAN ANGELO, TEXAS 76902
325/658-5585
STATE BAR NO. 09250400
E-Mail: kirkhawkinslaw@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has this the 3rd day of June, 2015, been delivered to Mr. Jason Ferguson, Assistant District Attorney, 124 West Beauregard, San Angelo, Texas 76903.

Kirk Hawkins